**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 09, 2026

Mr. Christopher Paul Schandevel
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Re: Case No. 26-1736
*Sacred Heart of Jesus Parish, et al v. Dana Nessel, et al*
Originating Case No. 1:22-cv-01214

Dear Counsel,

Briefing in this case will be held in abeyance temporarily once 26-1787 is ready for briefing. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Ms. Katherine Leone Anderson
Mr. David Andrew Cortman
Mr. Henry Frampton
Mr. Neil Anthony Giovanatti
Ms. Marla Linderman
Mr. Mark A. Lippelmann
Mr. Joshua Sean Smith
Mr. Ryan J. Tucker